# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

148782

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JAMES C. SINCLAIR,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 148782
COA: 318677
Wayne CC: 13-000370-FH

      On order of the Court, the application for leave to appeal the December 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



Clerk

t0126